[No. 4138–II. Division Two. December 5, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. LEE PRUETT, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 71304, John H. Kirkwood, J., entered June 11, 1979. *Affirmed* by unpublished opinion per

Cochran, J. Pro Tem., concurred in by Petrich, J., and Johnson, J. Pro Tem.